MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6982
    Matthew.mccarthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14-MJ-70839 NJV |
| Plaintiff, | |
| v. | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |
| MELANIE WRATE, | |
| Defendant. | |

[PROPOSED] STIPULATED ORDER EXCLUDING TIME AND WAIVING TIME
14-MJ-70839 NJV

1   With the agreement of the parties, and with the consent of the defendant, the Court enters this
2   order scheduling an arraignment or preliminary hearing date of April 8, 2015, at 9:30 a.m. before the
3   Magistrate Judge on duty, and documenting the defendant's waiver of the preliminary hearing date
4   under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18
5   U.S.C. § 3161(b), from March 2, 2015 to April 8, 2015.  The parties agree, and the Court finds and
6   holds, as follows:

7       1. This matter is currently set for arraignment before Magistrate Judge James on March 2, 2015.

8       2. The defendant is currently out of custody, and lives over 300 miles from the Courthouse.  The
9   defendant is enrolled in college courses, and has an exam scheduled for March 2, 2015.

10      3. The parties are working to resolve this matter, and the government has provided the defendant
11  with discovery materials.

12      4. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C.
13  § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account
14  the exercise of due diligence.

15      5. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for
16  preliminary hearing.

17      6. Counsel for the defense believes that postponing the preliminary hearing is in his client's best
18  interest, and that it is not in his client's interest for the United States to indict the case during the normal
19  28-day timeline established in Rule 5.1.

20      7. The Court finds that, taking into the account the public interest in the prompt disposition of
21  criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing
22  under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court finds that the ends
23  of justice served by excluding the period from March 2, 2015 to April 8, 2015, outweigh the best interest
24  of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

25      7. Accordingly, and with the consent of the defendant, the Court:

26          (1) sets a preliminary hearing date before the duty Magistrate Judge on April 8, 2015, at
27  9:30 a.m., and

28

[PROPOSED] STIPULATED ORDER EXCLUDING TIME AND WAIVING TIME
14-MJ-70839 NJV

1  (2) orders that the period from March 2, 2015 to April 8, 2015, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED:

DATED: February 27, 2015        _____/s/_____
                                JOHN J. JORDAN
                                Attorney for Defendant


DATED: February 27, 2015        _____/s/_____
                                MATTHEW L. McCARTHY
                                Assistant United States Attorney


IT IS SO ORDERED.

DATED: 2-27-15                  _____
                                HON. MARIA ELENA JAMES
                                United States Magistrate Judge

[PROPOSED] STIPULATED ORDER EXCLUDING TIME AND WAIVING TIME
14-MJ-70839 NJV